IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hendrix, Lonnie R | Case Number: 04 B 47494 |
|---|---|---|
| | Hendrix, Alma J | Judge: Hollis, Pamela S |
| | Printed: 9/3/08 | Filed: 12/28/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: August 8, 2008
Confirmed: February 14, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 50,400.00 | |
| Secured: | | 4,240.30 |
| Unsecured: | | 41,459.05 |
| Priority: | | 0.00 |
| Administrative: | | 1,905.20 |
| Trustee Fee: | | 2,540.09 |
| Other Funds: | | 255.36 |
| Totals: | 50,400.00 | 50,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,905.20 | 1,905.20 |
| 2. | Midfirst Bank | Secured | 0.00 | 0.00 |
| 3. | Midfirst Bank | Secured | 150.00 | 150.00 |
| 4. | Primus Financial Services | Secured | 4,090.30 | 4,090.30 |
| 5. | Primus Financial Services | Unsecured | 2,029.56 | 2,029.56 |
| 6. | Premier Bankcard | Unsecured | 251.25 | 251.25 |
| 7. | Jefferson Capital | Unsecured | 2,033.53 | 2,033.53 |
| 8. | Wells Fargo Financial Bank | Unsecured | 7,829.26 | 7,829.26 |
| 9. | Capital One | Unsecured | 1,910.40 | 1,910.40 |
| 10. | Wells Fargo | Unsecured | 8,530.67 | 0.00 |
| 11. | Capital One | Unsecured | 943.72 | 943.72 |
| 12. | Arrow Financial Services | Unsecured | 7,198.36 | 7,198.36 |
| 13. | RoundUp Funding LLC | Unsecured | 5,119.71 | 5,119.71 |
| 14. | MBNA America | Unsecured | 6,910.32 | 6,910.32 |
| 15. | ECast Settlement Corp | Unsecured | 1,734.77 | 1,734.77 |
| 16. | ECast Settlement Corp | Unsecured | 5,498.17 | 5,498.17 |
| 17. | Internal Revenue Service | Priority | | No Claim Filed |
| 18. | Capital One | Unsecured | | No Claim Filed |
| 19. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |
| 20. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 21. | Midland Credit Management | Unsecured | | No Claim Filed |
| 22. | MBNA America | Unsecured | | No Claim Filed |
| | | | $ 56,135.22 | $ 47,604.55 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Hendrix, Lonnie R
Hendrix, Alma J
Printed: 9/3/08

Case Number: 04 B 47494
Judge: Hollis, Pamela S
Filed: 12/28/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 240.00 |
| 3% | 107.97 |
| 5.5% | 594.03 |
| 5% | 168.66 |
| 4.8% | 356.48 |
| 5.4% | 777.58 |
| 6.5% | 295.37 |
| | _____ |
| | $ 2,540.09 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

